```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

REMOI OKOCCI,                         :
                                      :
      Plaintiff,                 :
                                      :
                                      :
      v.                         :       CIVIL ACTION NO. 02-2631
                                      :
INS, SENIOR DETENTION and             :
DEPORTATION OFFICERS AT BERKS         :
COUNTY PRISON,                        :
                                      :
      Defendant.


## ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of the INS SENIOR DETENTION AND DEPORTATION OFFICERS AT BERKS COUNTY PRISON in the above-captioned matter.

 

                                            _____
                                            NURIYE C. UYGUR
                                            Assistant United States Attorney
                                            615 Chestnut Street, Suite 1250
                                            Philadelphia, PA 19106
                                            (215) 861-8324
                                            PA I.D. No.

Dated: June 20, 2002

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

    Remoi Okocci
    BCP NO. 0192-99
    PP, Berks County Prison
    1287 County Welfare Road
    Leesport, PA 19533

                                    NURIYE C. UYGUR
                                    Assistant United States Attorney

Dated: June 20, 2002