IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Remoi Okocci,                           :
                                        :
       Plaintiff,                  :
                                        : Civil Action No. 02-2631
  vs.                                  :
                                        :
Klein, C.O., et. al.,                   :
                                        :
       Defendants.                 :

**ORDER**

AND NOW, this _____ day of August, 2002, upon consideration of the Motion of the federal defendants, the unnamed Immigration and Naturalization Service, Senior Detention and Deportation Officers at Berks County Prison, for permission to file their first responsive pleading within fourteen ("14") days of plaintiff's filing his amended complaint as ordered by the Court on July 18, 2002 and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

       BY THE COURT


       JOYNER, CURTIS J.
       United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Remoi Okocci, | : |
| | : |
|     Plaintiff, | : |
| | : Civil Action No. 02-2631 |
|     vs. | : |
| | : |
| Klein, C.O., et. al., | : |
| | : |
|     Defendants. | : |

MOTION OF THE FEDERAL DEFENDANTS FOR AN
ENLARGEMENT OF TIME TO FILE ITS FIRST RESPONSIVE PLEADING

    1.    The federal defendants, the unnamed Immigration and Naturalization Service, Senior Detention and Deportation Officers at Berks County Prison ("federal defendants"),[1] respectfully request permission to file their first responsive pleading within fourteen ("14") days of plaintiff's filing his amended complaint as ordered by the Court on July 18, 2002.

    2.    On July 18, 2002, this Court granted plaintiff's request to file an amended complaint in this case.  Plaintiff was

---

[1] To the extent that this Motion constitutes the unnamed federal defendants' first responsive pleading, said defendants hereby raise and reserve all defenses to plaintiff's complaint, including but not limited to:
    (a)    Absolute and/or qualified immunity,
    (b)    Insufficiency of process,
    (c)    Insufficiency of service of process,
    (d)    Lack of subject matter jurisdiction,
    (e)    Lack of in personam jurisdiction,
    (f)    Improper venue,
    (g)    Failure to state a claim upon which relief may be granted,
    (h)    Failure to join a necessary and indispensable party.

granted thirty days from July 18, 2002 to file an amended complaint. Plaintiff represented in earlier filings that his amended complaint would contain supplemental facts that were not contained in his initial complaint.

  3. The federal defendants respectfully request that they be permitted to file one responsive pleading that will address all of plaintiff's allegations rather than responding to the initial complaint, which contains an incomplete rendition of plaintiff's allegations.

  4. This is the first extension of time requested by the federal defendants and the undersigned counsel for the United States respectfully submits that there is good cause to grant this motion.

  5. The undersigned counsel of record was unable to contact plaintiff to secure his response to this motion.

 WHEREFORE, for the reasons set forth herein, the federal defendants respectfully request that their motion be granted, and that they be granted permission to file their first responsive pleading within fourteen ("14") days of plaintiff's filing his amended complaint as ordered by the Court on July 18, 2002.

          Respectfully submitted,

          PATRICK L. MEEHAN
          United States Attorney

---

          JAMES G. SHEEHAN
          United States Attorney

---

          NURIYE C. UYGUR
          Assistant United States Attorney
          The United States Attorney's Office
          Eastern District of Pennsylvania
          615 Chestnut Street, Suite 1200
          (215) 861-8324

          Attorneys for the Federal
              Defendants

Dated: August 9, 2002

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within MOTION FOR ENLARGEMENT OF TIME has been served this day, AUGUST 9, 2002, by first class mail, postage prepaid, upon the following:

>Remoi Okocci, A#72-748-741
>ID#02-3030, Unit C-1-76
>Montgomery County Corrections Facility
>60 Eagleville Road
>Norristown, PA 19403

_____
NURIYE C. UYGUR
Assistant United States Attorney