IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
REMOI OKOCCI                    : CIVIL ACTION
                                :
     vs.                        :
                                : NO. 02-CV-2631
KLEIN, C.O., ET. AL.            :
```

**ORDER**

AND NOW, this _____ day of August, 2002, upon consideration of the Motion of Defendants Correction Officer Klein, Warden George Wagner, Sergeant Brown and Shift Commander John Doe for an Enlargement of Time to Respond to Plaintiff's Amended Complaint and it appearing to the Court that good cause exists therefor, it is hereby ORDERED that the Motion is GRANTED and the Moving Defendants are granted a period of twenty (20) days from the date of this Order to file their response to Plaintiff's Amended Complaint.

BY THE COURT:

_____
J. CURTIS JOYNER,      J.