IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REMOI OKOCCI, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-2631 |
| | : | |
| v. | : | |
| | : | |
| KLEIN, ET. AL., | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this         day of August, 2002, upon consideration of the Motion for Enlargement of Time to File a First Responsive Pleading of the Defendants, the Unnamed Immigration and Naturalization Service and Senior Detention and Deportation Officers at Berks County (the "Federal Defendants")(Document No. 18), it is hereby ORDERED that the Motion is GRANTED.

The Federal Defendants are hereby GRANTED until September 27, 2002 to file their first responsive pleading.

BY THE COURT:

J. CURTIS JOYNER, J.