W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
Remoi Okocci                         :        CIVIL ACTION
A#72-748-741
#72275
York County Prison
3400 Concord Road
York, PA 17402-9580
                                     :
                  v.                 :
                                     :
Klein, C.O., et al                   :        NO. 02-2631
```

**O R D E R**

       AND NOW, this 16TH day of DECEMBER, 2002,  it is **Ordered** that this matter is scheduled for a RULE 16 CONFERENCE on DECEMBER 30, 2002 at 2:00PM before the Honorable J. Curtis Joyner.

    **THEREFORE**, I am directing the Warden of YORK COUNTY PRISON to have this individual available for a telephone conference call.  The defendant is directed to contact chambers at 215-597-1537  on DECEMBER 30, 2002 at 2:00PM.

BY THE COURT:

_____

J. CURTIS JOYNER,       J.