W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


REMOI OKOCCI                    :

                                :

        vs.                     :         CIVIL ACTION NO. 02-2631

                                :

KLEIN, C.O., ET AL              :


**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  30TH  day of  DECEMBER, 2002  a [ X] Pretrial

[ ] Settlement Conference was held before Judge J. Curtis Joyner.


REMARKS:  60 DAYS DISCOVERY


_____
Angela Mickie
Deputy Clerk to Judge Joyner

Civ 14 (8/80)