```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REMOI OKOCCI                        :
                                    :
          Plaintiff,                :   CIVIL ACTION NO. 02-2631
                                    :
                                    :
     v.                             :
                                    :
INS SENIOR DETENTION and            :
DEPORTATION OFFICERS AT BERKS       :
COUNTY PRISION                      :

          Defendant.
```

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the INS DETENTION and DEPORTATION OFFICERS AT BERKS COUNTY PRISIONS in the above-captioned matter.

```
                              _____
                              Susan R. Becker
                              Assistant United States Attorney
```

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of INS DETENTION and DEPORTATION OFFICERS AT BERKS COUNTY PRISIONS in the above-captioned matter.

```
                              _____
                              Nuriye C. Uygur
                              Assistant United States Attorney
                              615 Chestnut Street, Suite 1250
                              Philadelphia, PA 19106
                              (215) 861-8324
                              PA I.D. No.
```

Dated:  June 27, 2003

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Remoi Okocci
>BCP No. 0192-99 PP
>Berks County Prision
>1287 County Welfare Road
>Leesport, PA 19533

                                          Nuriye C. Uygur
                                          Assistant United States Attorney

Dated: June 27, 2003