IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Remoi Okocci

        02-CV-2631
        District Court Docket Number

    vs.

Klein, et al

Notice of Appeal Filed <u>7/29/03</u>
Court Reporter(s)/ESR Operator(s)    <u>N/A</u>

Filing Fee:
    Notice of Appeal  __Paid  <u>XX</u>  Not Paid    __Seaman
    Docket Fee        __Paid  <u>XX</u>  Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

<u>X</u> Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                        Defendant's Address (for criminal appeals)

                        Prepared by :_____
                              Fernando Benitez, Jr.
                              Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm