IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REMOI OKOCCI | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-2631 |
| KLEIN, C.O., ET. AL. | : |

**ORDER**

AND NOW, this          day of August, 2003, upon consideration of Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on appeal to the United States Court of Appeals for the Third Circuit, and it appearing to the Court that Plaintiff does not have the financial ability to pay the filing fees and costs attendant thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiff is given leave to proceed *In Forma Pauperis*. See, Fed.R.App.P. 24(a).

BY THE COURT:

_____
J. CURTIS JOYNER,   J.